David J. Malley, Esq.
Nevada Bar No. 8171
djm@juww.com
Tyler N. Ure, Esq.
Nevada Bar No. 11730
tnu@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

*Attorneys for Nevada State Bank*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA STATE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>MCKNIGHT & ASSOCIATES, LTD.;<br>PATRICK MCKNIGHT,<br><br>Defendants. | CASE NO.   2:11-cv-01079-GMN -GWF<br><br><br><u>**ORDER**</u> |
| MCKNIGHT & ASSOCIATES, LTD.,<br>PATRICK MCKNIGHT,<br><br>Counterclaimant,<br><br>vs.<br><br>NEVADA STATE BANK,<br><br>Counterdefendant. | |

Presently before the Court is Counterdefendant Nevada State Bank's Motion to Remand to State Court (# 6). Counterclaimants filed a Response to the Motion to Remand to State Court (#9). A hearing was conducted on this matter on July 15, 2011, David J.

K:\DJM\NSB 218\30000 McKnight & Assoc\Federal Court Pleadings\Drafts\Atty Fees Order.doc

Malley, Esq. and Tyler N. Ure, Esq. of Jolley Urga Wirth Woodbury & Standish appearing for Nevada State Bank, James S. Kent, Esq. appearing for McKnight & Associates, Ltd. and Patrick McKnight, the Court, having considered the pleadings on file and having heard arguments from counsel for the parties, and there being no just reason for delay, and good cause appearing,

IT IS HEREBY ORDERED that Nevada State Bank's Motion to Remand (#6) is GRANTED.

The Clerk of the Court shall remand this case back to the Eighth Judicial District Court.

**DATED** this 22nd day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
JOLLEY URGA WIRTH WOODBURY
& STANDISH

By: _____
David J. Malley, Esq.
djm@juww.com
Tyler N. Ure, Esq.
tnu@juww.com
3800 Howard Hughes Pkwy, Suite 1600
Las Vegas, Nevada 89169
Telephone No. (702) 699-7500
Facsimile No. (702) 699-7555

*Attorneys for Nevada State Bank*

K:\DJM\NSB 218\30000 McKnight & Assoc\Federal Court Pleadings\Drafts\Atty Fees Order.doc